UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 05-cr-00447-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAMES GUY, JR.,

    Defendant.

_____

**ORDER**
_____

The government's motion for the three level acceptance of responsibility reduction pursuant to §3E1.1 having come before the Court and the Court being fully advised:

IT IS HEREBY ORDERED that the Defendant receive the 3 levels reduction in the offense level for acceptance of responsibility as provided by §3E1.1(b).

SO ORDERED this 7th day of March, 2006.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL
UNITED STATES DISTRICT JUDGE